UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CASE CLOSED**

MONIQUE MCCALLA, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiff,

v.

FIVE STAR HOSPITALITY, INC. d/b/a EXPLORE HOTEL AND HOSTEL, MOSHE D. PERLSTEIN, and WAASNEY "WAZ" JEAN-FRANCOIS,

Defendants.

Civil Case No.:
2:17-cv-04407-MCA-SCM

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff, **Monique McCalla** (hereinafter "Plaintiff") by and through her attorneys JTB Law Group, LLC, and Defendants, **Five Star Hospitality, Inc. d/b/a Explore Hotel and Hostel, Moshe D. Perlstein, and Waasney "Waz" Jean-Francois**, (collectively "Defendants"), agree and stipulate that Plaintiff's claims against Defendants in the above captioned case are hereby **DISMISSED with PREJUDICE**, with each party bearing its own costs.

Dated: April 2, 2018

**JTB LAW GROUP, LLC**

By: s/ Jason T. Brown
Jason T. Brown
155 2nd Street, Suite 4
Jersey City, NJ 07302
*Attorneys for Plaintiff*

**MOSHE D. PERLSTEIN**

By: _____
Moshe D. Perlstein
1305 Forest Ave
Lakewood, NJ 08701
*Individually as Defendant and on Behalf of Defendant Five Star Hospitality, Inc.*

**Waasney "Waz" Jean-Francois**

_____
415 38th St.
Union City, NJ 07087
*Defendant*

SO ORDERED
4/23/18
Madeline Cox Arleo, U.S.D.J.